proof that he was re-arrested at the instance and expense of the sureties.

Under the record, we overrule the contention that the court abused his judicial discretion in not granting a remittitur on the bond.

The judgment as to appellant Rudberg is affirmed.

Opinion approved by the Court.

**Willie L. SIMS et al., Appellants,**

v.

**STATE of Texas, Appellee.**

**No. 33299.**

Court of Criminal Appeals of Texas.

May 31, 1961.

John J. Fagan, Dallas, for appellants.

Henry Wade, Crim. Dist. Atty., James M. Williamson, Asst. Dist. Atty., Dallas, and Leon B. Douglas, State's Atty., Austin, for State.

DICE, Commissioner.

This is an appeal by Max Rudberg and R. N. Leggett as sureties upon the appearance bond of Willie L. Sims in the principal sum of $500 from a final judgment of the County Criminal Court of Dallas County forfeiting said bond.

The questions presented are disposed of by our opinion affirming the judgment in Cause No. 33,298, styled Ray et al., v. State, Tex.Cr.App., 350 S.W.2d 653.

No error appearing herein; the judgment is affirmed.

Opinion approved by the Court.